FILED

03/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0663

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0663

STATE OF MONTANA,

    Plaintiff and Appellant,

v.

SKYLER L. GRIEBEL,

    Defendant and Appellee.

## ORDER

Upon consideration of Appellee's motion for a 14-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED the State is granted an extension of time to and including April 5, 2024, within which to prepare, file, and serve the transcripts on appeal.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2024